AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GREGORY SASSER,<br>    Plaintiff,<br><br>v.<br><br><br>CITY OF WHITEVILLE,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-95-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [D.E. 11] is GRANTED, and the court DISMISSES Sasser's 1981 claim, his IIED claim, his NIED claim, and his negligent supervision and retention claim.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 18 2010** WITH A COPY TO:

Angela Newell Gray (via CM/ECF Notice of Electronic Filing)
Melody Jewell Canady (via CM/ECF Notice of Electronic Filing)


November 18, 2010                                 DENNIS P. IAVARONE, Clerk
Date                                                       Eastern District of North Carolina

                                                                              /s/ Debby Sawyer
                                                                              (By) Deputy Clerk


Raleigh, North Carolina